No. 3272. Southgate Import & Export Co., Apelada, v. Pérez, Apelante.—C. de D. de San Juan, Distrito Segundo. R. feb. 26, 1924. Apareciendo de la moción de la apelada y de la certificación acompañada que el demandado radicó su escrito de apelación contra la sentencia apelada en enero 15,

1924 sin que hasta la fecha de la certificación, feb. 18, 1924, hubiera presentado exposición del caso o transcripción de la evidencia ni hubiera solicitado prórroga al efecto, se declara con lugar la moción y se desestima la apelación.